# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND JACKSON,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2803** |
| **BRENDA RICKS, et al.,**  Defendants | **SECTION: "E" (4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly, **IT IS ORDERED** that plaintiff Raymond Jackson's claims brought pursuant to 42 U.S.C. § 1983 against the defendants, the Parish of Tangipahoa, Judge Brenda Ricks, Judge Jerome Winsberg, Assistant District Attorney Patricia Parker, Assistant District Attorney Brittany Hotard, Assistant Public Defender Shawn McKee, and attorney James Dukes,[1] be and hereby are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. § 1915(e) and § 1915A.

New Orleans, Louisiana, this __29th__ day of July, 2013.

                                                  _____
                                                  **SUSIE MORGAN**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] Judge Ricks, Judge Winsberg, ADA Parker, ADA Hotard, APD McKee, and attorney Dukes have all been sued in their individual and official capacities. Plaintiff also purports to sue the Parish of Tangipahoa in its official and individual capacity.